# NO. 12-08-00255-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *KEVIN JOHNSON AND JODY GRAY, APPELLANTS* | § | *APPEAL FROM THE 123RD* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *OTIS RAY PICKERING, J.W. SAMFORD, INDIVIDUALLY AND D/B/A SAMFORD LOGGING, APPELLEES* | § | *SHELBY COUNTY, TEXAS* |

---

## *MEMORANDUM OPINION*
### *PER CURIAM*

Appellants have filed an unopposed motion to dismiss this appeal with prejudice. In their motion, they state that the parties have reached a resolution of this dispute and no longer wish to pursue the appeal. Because Appellants have met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the appeal is ***dismissed*** with prejudice.

Opinion delivered November 5, 2008.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)